# EXHIBIT A

Ready to **Find Better?**
- Manufacturing Mec... Positions – Skill... Jern... | Chicago, I
- Fleet Manager Title: Fleet Mana... Cust... | Northlake,
- Search Jobs >>
- Energy Audit Prog... CBRE Group, Inc. ... CBRE... | Chicago, I
- Interest Based Ad

# IMDb

All  | Pro | IMDb Apps | Help

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist | Login

**Dallas Buyers Club** (2013)
## Awards

Edit

Showing all 51 wins and 29 nominations

### Academy Awards, USA 2014

| | |
|---|---|
| **Won** Oscar | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role<br>Jared Leto<br><br>Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews<br><br>Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter |
| **Nominated** Oscar | Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa<br><br>Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack |

### Golden Globes, USA 2014

| | |
|---|---|
| **Won** Golden Globe | Best Performance by an Actor in a Motion Picture - Drama<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role in a Motion Picture<br>Jared Leto |

### Screen Actors Guild Awards 2014

| | |
|---|---|
| **Won** Actor | Outstanding Performance by a Male Actor in a Leading Role<br>Matthew McConaughey<br><br>Outstanding Performance by a Male Actor in a Supporting Role<br>Jared Leto |
| **Nominated** Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner<br>Matthew McConaughey<br>Jared Leto<br>Denis O'Hare |

Ready to **Find Better?**
- Client Development Executive The focus of the Client Developme... Developme... | Chicago, IL
- Software Solutions Sales Mana... Bosch Software Innovations, the B... Robert Bo... | Chicago, IL,
- Manager Benefits About CME Group: As the world's l... CME Group | Chicago, IL
- Interest based ad

Search Jobs >>    Find Better

ad feedback

**Dallas Buyers Club**

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like 50,176 people like this. Sign Up to see what your friends like.

**User Lists**    Create a list »

Related lists from IMDb users



**Not Seen**
a list of 35 titles
created 08 Jan 2013

**The best movies of 2013**
a list of 22 titles
created 6 months ago

**2014 list**
a list of 23 titles
created 3 months ago

Dallas Roberts
Steve Zahn

### Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film

### Australian Film Institute 2014

**Nominated**
AACTA International Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Boston Society of Film Critics Awards 2013

**Nominated**
BSFC Award

Best Supporting Actor
Jared Leto
(Ex aequo)

### Broadcast Film Critics Association Awards 2014

**Won**
Critics Choice Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

### Central Ohio Film Critics Association 2014

**Won**
COFCA Award

Actor of the Year
Matthew McConaughey
For Mud and The Wolf of Wall Street

**2nd place**
COFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Chicago Film Critics Association Awards 2013

**Won**
CFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
CFCA Award

Best Actor
Matthew McConaughey

### Chlotrudis Awards 2014

**Won**
Chlotrudis Award

Best Supporting Actor
Jared Leto

### Costume Designers Guild Awards 2014

**Nominated**
CDG Award

Excellence in Period Film
Kurt and Bart

### Dallas-Fort Worth Film Critics Association Awards 2013



Seen in 2014 so far...
a list of 24 titles
created 3 months ago



2014
a list of 26 titles
created 3 months ago

See all related lists »

**Won**
DFWFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
DFWFCA Award

Best Picture

### Florida Film Critics Circle Awards 2013

**Won**
FFCC Award

Best Supporting Actor
Jared Leto

### Golden Camera, Germany 2014

**Won**
Golden Camera

Best International Actor
Matthew McConaughey

### Gotham Awards 2013

**Won**
Best Actor

Matthew McConaughey

### Hollywood Film Festival 2013

**Won**
Hollywood Breakthrough Award

Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award

Actor of the Year
Matthew McConaughey

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won**
Artisan

Best Period and/or Character Makeup - Feature Films
Robin Mathews

### Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

### Independent Spirit Awards 2014

**Won**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

### Irish Film and Television Awards 2014

**Nominated**
IFTA Award

Best International Actor
Matthew McConaughey

### Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

### London Critics Circle Film Awards 2014

| | |
|---|---|
| **Nominated**<br>ALFS Award | Supporting Actor of the Year<br>Jared Leto |

### Los Angeles Film Critics Association Awards 2013

| | |
|---|---|
| **Won**<br>LAFCA Award | Best Supporting Actor<br>Jared Leto<br>Tied with James Franco for Spring Breakers (2012). |

### MTV Movie Awards 2014

| | |
|---|---|
| **Won**<br>MTV Movie Award | Best On-Screen Transformation<br>Jared Leto<br>Jared Leto's performance as an HIV positive transgender woman living in 1980s Texas is just as ... More |
| **Nominated**<br>MTV Movie Award | Best Male Performance<br>Matthew McConaughey<br><br>Best On-Screen Duo<br>Matthew McConaughey<br>Jared Leto<br><br>Best On-Screen Transformation<br>Matthew McConaughey<br>Despite losing a whopping 50 pounds to play a rodeo cowboy diagnosed with AIDS and given 30 days to... More |

### National Board of Review, USA 2013

| | |
|---|---|
| **Won**<br>NBR Award | Top Ten Independent Films |

### National Society of Film Critics Awards, USA 2014

| | |
|---|---|
| **2nd place**<br>NSFC Award | Best Supporting Actor<br>Jared Leto |

### New York Film Critics Circle Awards 2013

| | |
|---|---|
| **Won**<br>NYFCC Award | Best Supporting Actor<br>Jared Leto |

### Online Film Critics Society Awards 2014

| | |
|---|---|
| **Nominated**<br>OFCS Award | Best Supporting Actor<br>Jared Leto |

### PGA Awards 2014

| | |
|---|---|
| **Nominated**<br>PGA Award | Outstanding Producer of Theatrical Motion Pictures<br>Robbie Brenner<br>Rachel Winter |

### Palm Springs International Film Festival 2014

| | |
|---|---|
| **Won**<br>Desert Palm Achievement Award | Matthew McConaughey |

### Phoenix Film Critics Society Awards 2013

| | |
|---|---|
| **Won**<br>PFCS Award | Best Actor in a Leading Role<br>Matthew McConaughey<br><br>Best Actor in a Supporting Role<br>Jared Leto |

**Nominated**
PFCS Award

Best Picture

### Rome Film Fest 2013

**Won**
Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award

Yves Bélanger

**Won**
Audience Award

Jean-Marc Vallée

**Won**
Best Actor

Matthew McConaughey

**Won**
Golden Butterfly

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

Jean-Marc Vallée

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

### Satellite Awards 2013

**Won**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

### Toronto Film Critics Association Awards 2014

| | | |
|---|---|---|
| **Won** TFCA Award | Best Supporting Actor Jared Leto | |
| **3rd place** TFCA Award | Best Actor Matthew McConaughey | |

### Vancouver Film Critics Circle 2014

| | |
|---|---|
| **Won** VFCC Award | Best Supporting Actor Jared Leto |
| **Nominated** VFCC Award | Best Actor Matthew McConaughey |

### Washington DC Area Film Critics Association Awards 2013

| | |
|---|---|
| **Won** WAFCA Award | Best Supporting Actor Jared Leto |
| **Nominated** WAFCA Award | Best Actor Matthew McConaughey |

### Writers Guild of America, USA 2014

| | |
|---|---|
| **Nominated** WGA Award (Screen) | Best Original Screenplay Craig Borten (written by) Melisa Wallack (written by) |

## See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page



Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An            company.

Amazon Affiliates

http://www.imdb.com/title/tt0790636/awards?ref_=tt_awd              4/22/2014

| Amazon Instant Video Watch Movies & TV Online | Prime Instant Video Unlimited Streaming of Movies & TV | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | Amazon India Buy Movie and TV Show DVDs | DPReview Digital Photography | Audible Download Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title
    **Title of Work:** Dallas Buyers Club

## Completion/Publication
    **Year of Completion:** 2013
    **Date of 1st Publication:** November 1, 2013     **Nation of 1st Publication:** United States
    **Preregistration:** PRE000006719

## Author
    ■     **Author:** Dallas Buyers Club, LLC
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
    **Copyright Claimant:** Dallas Buyers Club, LLC
    2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
    **Material excluded from this claim:** script/screenplay; preexisting music
    **Previous registration and year:** TXu 1-835-443    2012
    **New material included in claim:** all other cinematographic material

## Certification
    **Name:** Carly Seabrook
    **Date:** November 1, 2013

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 76.16.142.248 | 2/28/14 04:21:02 PM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Lake Forest |
| 2 | 73.50.91.171 | 2/28/14 02:47:27 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 3 | 50.179.67.81 | 2/27/14 01:08:33 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 4 | 67.184.57.1 | 2/25/14 08:23:47 PM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Northbrook |
| 5 | 69.136.164.189 | 2/22/14 05:07:48 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Aurora |
| 6 | 76.29.65.244 | 2/21/14 12:05:38 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Cicero |
| 7 | 73.50.138.140 | 2/17/14 04:36:45 PM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Streamwood |
| 8 | 24.12.1.54 | 2/17/14 05:42:18 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 9 | 50.179.183.110 | 2/16/14 09:12:48 PM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 10 | 74.199.33.42 | 2/16/14 11:11:51 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | WideOpenWest | Illinois | Glenview |
| 11 | 50.148.41.164 | 2/16/14 03:49:50 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Machesney Park |
| 12 | 98.213.58.28 | 2/15/14 04:31:04 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Sterling |
| 13 | 98.212.231.205 | 2/15/14 12:53:13 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Rockford |
| 14 | 24.15.20.176 | 2/12/14 12:18:25 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago Heights |
| 15 | 98.213.25.41 | 2/11/14 06:26:19 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Peru |
| 16 | 50.165.248.68 | 2/10/14 06:03:45 PM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Plainfield |
| 17 | 71.194.219.65 | 2/10/14 06:50:25 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Bolingbrook |
| 18 | 67.162.7.148 | 2/9/14 09:42:42 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 19 | 50.179.50.33 | 2/9/14 07:18:26 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Addison |
| 20 | 24.1.71.199 | 2/9/14 06:47:38 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Wood Dale |
| 21 | 67.186.104.95 | 2/9/14 06:47:25 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Addison |
| 22 | 98.253.188.21 | 2/9/14 04:39:33 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 23 | 50.178.247.155 | 2/9/14 02:28:15 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 24 | 67.184.143.135 | 2/9/14 01:59:55 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Aurora |
| 25 | 71.239.41.170 | 2/8/14 06:21:49 PM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | New Lenox |
| 26 | 67.186.91.154 | 2/8/14 02:01:45 PM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |
| 27 | 71.201.198.130 | 2/8/14 03:13:22 AM | Dallas.Buyers.Club.2013.BRRip XViD NO1KNOWS | SHA1: 802F5E1984BFAE860C71887604C2CEBE84F7F3D4 | Comcast Cable | Illinois | Chicago |