**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

DALLAS BUYERS CLUB, LLC
                                    Plaintiff,
v.                                                    Case No.: 1:14−cv−03504
                                                      Honorable Matthew F. Kennelly
DOES 1−27
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2014:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 6/5/2014. Motion for discovery [7] is entered and continued to 6/19/2014 at 9:30 AM. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.