## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) Case No.: 14-cv-3504 |
| Plaintiff, | ) |
| | ) Judge Matthew F. Kennelly |
| v. | ) |
| | ) Magistrate Judge Maria Valdez |
| DOES 1 – 27, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) Case No.: 14-cv-3517 |
| Plaintiff, | ) |
| | ) Judge Matthew F. Kennelly |
| v. | ) |
| | ) Magistrate Judge Maria Valdez |
| DOES 1 – 25, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A
## SUPPLEMENTAL MEMORANDUM AND TO RESET HEARING DATE

Plaintiff Dallas Buyers Club, LLC, by and through its undersigned counsel, and in support of its

Motion for an Extension of Time to File a Supplemental Memorandum in Support of Joinder and to

Reset the Hearing Date on Plaintiff's Motions to Take Discovery in advance of the Rule 26(f) conference

in the above-captioned cases, alleges as follows:

1.      Plaintiff filed Motions in the above-referenced cases to issue discovery prior to a Federal

Rule of Civil Procedure 26(f) conference being held.  Those motions were heard by this Court on June 5,

2014.

2.      On that date, this Court entered and continued the Motions, and asked Plaintiff to file a

supplemental brief regarding the recent case of *AF Holdings, LLC v. Does 1-1058,* --- F.3d ----, 2014 WL

2178839 (D.C. Cir. 2014), and its impact on Plaintiff's Motions.  The Court continued the hearing on

Plaintiff's Motions for June 19, 2014 at 9:30 a.m.

3.      No appearance has been filed to date by any Defendant in either of the above two cases.

4.      Plaintiff's Supplemental Memorandum not only addresses the legal issues raised by *AF*

*Holdings,* but also addresses the technical issues concerning how BitTorrent works, and how those issues

affect joinder under the Federal Rules. To address these technical issues, Plaintiff needs additional time to finalize and have executed an affidavit from one of its technical consultants who is capable of opining on those issues.

5.     To allow Plaintiff to finalize and obtain the executed affidavit, Plaintiff requests that the due date for its Supplemental Memorandum in the above-referenced cases be extended to Monday, June 23, 2014, and that the Court reset the hearing on Plaintiff's discovery motions to another date next week at the Court's convenience.

WHEREFORE, Plaintiff requests the Court to enter an Order:

(1)     Extending the due date for its Supplemental Memorandum in the above-referenced cases to June 23, 2014; and

(2)     Resetting the hearing on Plaintiff's discovery motions to another date next week at the Court's convenience.


Dated: June 17, 2014                         Respectfully submitted,

                                             DALLAS BUYERS CLUB, LLC


                                             By:     s/ Michael A. Hierl_____
                                                     Michael A. Hierl (Bar No. 3128021)
                                                     Todd S. Parkhurst (Bar No. 2145456)
                                                     Karyn L. Bass Ehler (Bar No. 6285713)
                                                     Hughes Socol Piers Resnick & Dym, Ltd.
                                                     Three First National Plaza
                                                     70 W. Madison Street, Suite 4000
                                                     Chicago, Illinois 60602
                                                     (312) 580-0100 Telephone
                                                     Attorneys for Plaintiff Dallas Buyers Club, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Motion for Extension of Time to File a Supplemental Memorandum and to Reset Hearing Date** was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on June 17, 2014.

s/Michael A. Hierl