# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

DALLAS BUYERS CLUB, LLC

                      Plaintiff,

v.                                            Case No.: 1:14–cv–03504

                                            Honorable Matthew F. Kennelly

DOES 1–27

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 7/14/2014 and continued to 7/21/2014 at 9:30 a.m. Plaintiff has until 7/25/2014 to submit another supplemental memorandum. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.