# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

DALLAS BUYERS CLUB, LLC

                              Plaintiff,

v.                                                Case No.: 1:14–cv–03504

                                                        Honorable Matthew F. Kennelly

DOES 1–27

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 7/31/2014. Motion for discovery [7] is granted. Status hearing set for 10/30/2014 at 9:30 AM. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.